UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN HUBER,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSEPH BIDEN, et al.,<br><br>        Defendants. | Case No. 21-cv-06580-EMC<br><br>**JUDGMENT** |

On March 18, 2022, the Court issued its Order Granting Defendants' Motions to Dismiss First Amended Complaint. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: March 18, 2022

_____
EDWARD M. CHEN
United States District Judge