# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 25, 2023

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Colleen Huber
           v. Joseph R. Biden, Jr., President of the United States, et al.
           No. 23-73
           (Your No. 22-15443)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 19, 2023 and placed on the docket July 25, 2023 as No. 23-73.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst