JOSHUA H. LERNER
CA Bar No. 220755
joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1124

ARI HOLTZBLATT (*pro hac vice* forthcoming)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 663-6000

*Attorneys for Defendant X Corp.,
successor in interest to Twitter, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| COLLEEN HUBER,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States of America, et al.,<br><br>    Defendants. | Case No. 3:21-cv-06580-EMC<br><br>**NOTICE AND [PROPOSED] ORDER SUBSTITUTING COUNSEL** |

Pursuant to Civil Local Rule 11-5 and subject to approval by the Court, notice is hereby given that X Corp., successor in interest to Twitter, Inc., substitutes the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") as attorneys of record in place of the law firm Perkins Coie LLP in the above captioned matter.

It is hereby requested that effective immediately, all further pleadings, notices, and correspondence be directed to WilmerHale's attention at the addresses below:

1  JOSHUA H. LERNER
   joshua.lerner@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  One Front Street, Suite 3500
4  San Francisco, CA 94111
   Telephone:  (628) 235-1124
5
   ARI HOLTZBLATT
6  ari.holtzblatt@wilmerhale.com
   WILMER CUTLER PICKERING
7    HALE AND DORR LLP
8  2100 Pennsylvania Avenue, NW
   Washington, D.C. 20037
9  Telephone:  (202) 663-6000

10     Accordingly, X Corp. respectfully requests that Perkins Coie LLP be allowed to

11 withdraw as counsel for X Corp. and that the following Perkins Coie LLP's attorneys' names be

12 removed from the Court's electronic mail notice list and counsel's service lists with respect to

13 the above-captioned matter:

14     David J. Burman
       dburman@perkinscoie.com
15     PERKINS COIE
       1201 3rd Avenue, Suite 4900
16     Seattle, WA 98101-3099
17     Telephone:  (206) 359-8426

18     Ellie Francis Chapman
       echapman@perkinscoie.com
19     PERKINS COIE LLP
20     1201 3rd Avenue, Suite 4800
       Seattle, WA 98101-3099
21     Telephone:  (206) 359-3897

22     Ryan Spear
       rspear@perkinscoie.com
23     Perkins Coie LLP
24     1201 Third Ave., Suite 4800
       Seattle, WA 98101-3099
25     Telephone:  (206) 359-3039

26     Susan D. Fahringer
       sfahringer@perkinscoie.com
27     PERKINS COIE LLP
28     1201 Third Avenue, Suite 4800

-3-

1  Seattle, WA 98101-3099
   Telephone: (206) 583-8687

2

3  Abby L. Bloetscher
   abloetscher@perkinscoie.com
4  PERKINS COIE LLP
   505 Howard Street, Suite 1000
5  San Francisco, CA 94105
   Telephone: (415) 344-7040
6

7  Joseph E. Mais
   jmais@perkinscoie.com
8  PERKINS COIE LLP
   2901 North Central Ave., Suite 2000
9  Phoenix, AZ 85012-2788
   Telephone: (602) 351-8201
10

11    Perkins Coie consents to being substituted.

12 DATED: August 4, 2023

13                              /s/ *David J. Burman*
                                David J. Burman
14                              dburman@perkinscoie.com
                                PERKINS COIE LLP
15

16    WilmerHale consents to this substitution.

17 DATED: August 4, 2023

18

19                              /s/ *Joshua  H. Lerner*
20                              Joshua H. Lerner (SBN 220755)
                                joshua.lerner@wilmerhale.com
21

**Civil L.R. 5-1(i)(3) Attestation**

In compliance with Civil Local Rule 5-1(i), I hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: August 4, 2023

                                                        */s/ Joshua H. Lerner*
                                                        Joshua H. Lerner (SBN 220755)

**[PROPOSED] ORDER**

The above substitution of counsel is hereby approved, and **IT IS SO ORDERED**.

DATED:

                                           Hon. Edward M. Chen
                                          United States District Judge